UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWJINDER S.,[1] <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, <br><br> Respondents. | No. 1:26-cv-00432-TLN-CKD <br><br><br> **ORDER** |

Petitioner Gwjinder S. ("Petitioner"), an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Based on the substance of Petitioner's brief and the relief requested therein, the Court construes Petitioner's pleading as a motion for a temporary restraining order. *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (stating that pleadings by pro se litigants must be held to less stringent standards than formal pleadings drafted by lawyers).

Respondents shall file a response to Petitioner's request for injunctive relief by January

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf. The Clerk of Court is directed to update the docket to reflect this change accordingly.

1

26, 2026. Any opposition shall provide the Court with copies of all referenced/relevant portions of Petitioner's A-File and any and all available records related to Petitioner's allegations.

Pending the Court's ruling on this petition, Respondents shall not take any action to transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

Petitioner has filed a motion for the appointment of counsel. In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

Petitioner's motion to proceed in forma pauperis is also granted. *See* 28 U.S.C. § 1914.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents shall file a response to Petitioner's request for immediate injunctive relief by January 26, 2026;
2. In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition, Respondent shall not transfer Petitioner to another detention center outside of this judicial district, pending further order of the Court;
3. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted;
4. Petitioner's motion to appoint counsel (ECF No. 3) is granted; Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, who shall update the docket to

1  reflect counsel's appointment;

2  5. The Clerk of the Court shall serve a copy of this order on the Federal Defender,

3  Attention: Habeas Appointment, along with a copy of the § 2241 petition;

4  6. The Clerk of the Court shall serve a copy of this order together with a copy of

5  Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on

6  the United States Attorney; and

7  7. The Clerk of Court is directed to update the docket to only list Petitioner's first name

8  and last initial.

9  IT IS SO ORDERED.

10 Date: January 22, 2026

11  _____

12  TROY L. NUNLEY
    CHIEF UNITED STATES DISTRICT JUDGE

3