UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURJINDER S., | No. 1:26-cv-00432-TLN-CKD |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, | |
| Respondents. | |

On January 30, 2026, Petitioner filed a motion to dismiss (ECF No. 13), in which he requests dismissal of his petition for writ of habeas corpus (ECF No. 1). Petitioner's motion is GRANTED, and the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Date: February 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1